**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **INFORMATION EXCHANGE TECHNOLOGIES LLC,** | |
| *Plaintiff*, | **Civil No. 7:25-CV-00491-DC-DTG** |
| **v.** | **JURY TRIAL DEMANDED** |
| **ENTERTAINMENT BENEFITS GROUP, LLC,** | |
| *Defendant.* | |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER UNDER § 1404(a)

On this date, the Court considered Defendant Entertainment Benefits Group, LLC's Motion to Transfer.

After careful consideration, the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE